43 A.3d 1287

Jane FACTOR, Respondent

v.

Larry FACTOR, Petitioner.

No. 4 EM 2012.

Supreme Court of Pennsylvania.

May 7, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of May, 2012, the Petition for Review is **DENIED.**